UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 4:15-028 |
| | ) | |
| CHARLES ANTONIO WASHINGTON | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Laura H. Hastay,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Laura G. Hastay** be granted leave of absence for the following period: **July 29, 2015 through August 4, 2015.**

This 20th day of July, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia